IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KEITH J. ANDERSON | : | |
| Plaintiff | : | |
| v. | : | Civil Action No.  RWT-06-3026 |
| PROVIDENT BANK | : | |
| Defendant | : | |

. . .o0o. . .

## MEMORANDUM OPINION

Pending is a pro se civil complaint filed by Keith J. Anderson, a resident of Germantown, Maryland in which he complains "over + over money come up missing in my account by Provident Bank ....." Complaint. By order enteredd November 27, 2006, the Court  granted Plaintiff thirty days to file additional information and the proper financial affidavit required to support an in forma pauperis motion.  Plaintiff has filed the requisite financial affidavit and will be granted leave to proceed in forma pauperis status.  Plaintiff, however, has failed to otherwise supplement his complaint.

Specifically, the Court directed Plaintiff to provide the following information to the Court: 1) the address of the bank responsible for his missing money; 2) the amount of money that is missing; 3) the date(s) on which he had cause to believe his money was missing; 4) any efforts he has made to inform the bank of his concerns or pursue legal recourse to redress his grievances; and 5) the laws and/or regulations he contends have been violated by defendant's actions and why.  The Court also cautioned Plaintiff that failure to provide this information within the prescribed time period may result in dismissal of the Complaint. The time period for providing this information has passed, and Plaintiff has yet to supplement the Complaint as

instructed.

Accordingly, the Court will dismiss the Complaint without prejudice. A separate Order consistent with this Memorandum Opinion will be entered.

Date: 1/9/07

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE